1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKIE WESTRUP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 8:22-cv-01261-JWH-ADS<br><br>District Judge:  Hon. John W. Holcomb<br><br>**JUDGMENT [14, 17, 19]** |

**CERTIFICATE OF SERVICE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff VICKIE WESTRUP ("Plaintiff") and Defendant FCA US, LLC's have agreed FCA will pay $15,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court enters **JUDGMENT** in favor of Plaintiff pursuant to the terms of the parties' Joint Stipulation.

**IT IS SO ORDERED.**

Date: October 14, 2022

Hon. John W. Holcomb
U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**